UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CUDBERTO CHAVEZ,<br><br>        Plaintiff,<br>   v.<br><br>AMERICA'S WHOLESALE LENDER, *et al.*,<br><br>        Defendants.<br>_____/ | No. C 11-02071 LB<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO REMAND AND DIRECTING PLAINTIFF TO FILE PROOF OF SERVICE FOR UNSERVED DEFENDANT** |

On March 25, 2011, Plaintiff Cudberto Chavez filed a complaint in San Mateo County Superior Court against Defendants America's Wholesale Lender; Efficient Lending; Mortgage Electronic Registration Systems, Inc. (MERS); BAC Home Loans Servicing, LP (erroneously sued as BAC Home Loans Services, LP); and the Bank of New York Mellon. Complaint, ECF No. 1 at 6-37.[1] All Defendants except Efficient Lending joined in removing the case from state court on April 27, 2011. Notice of Removal, ECF No. 1 at 1-4. Mr. Chavez filed a motion to remand the case back to state court on May 17, 2011. Motion to Remand, ECF No. 10. All Defendants except Efficient Lending filed an opposition to the motion to remand on June 2, 2011. Opposition, ECF No. 14. Oral argument on Mr. Chavez's motion to remand is scheduled for June 23, 2011.

All parties except Efficient Lending have appeared and consented to this court's jurisdiction.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-02071 LB
ORDER CONTINUING 6/23/11 ORAL ARGUMENT; DIRECTING SERVICE

1 However, Mr. Chavez has not filed a proof of service for Efficient Lending and it has neither appeared in this case nor consented to this court's jurisdiction. Absent consent of all the parties, this court cannot rule on Mr. Chavez's pending motion to remand. *See* 28 U.S.C. § 636(b) & (c). Under Rule 4(m), plaintiffs have 120 days in which to serve a defendant with the complaint. Fed. R. Civ. P. 4(m). Thus, Mr. Chavez has until July 23, 2011 to serve Efficient Lending. To permit Mr. Chavez time to serve the remaining defendant, the court **HEREBY CONTINUES** oral argument on his pending motion to remand to August 11, 2011 at 11:00 a.m. The current briefing schedule shall remain unchanged.

The court **ORDERS** Mr. Chavez to serve Efficient Lending no later than July 23, 2011. Once he serves it, Mr. Chavez must promptly file a proof of service with the court. If he fails to serve Efficient Lending by July 23, Mr. Chavez risks dismissal without prejudice of his claims against Efficient Lending unless he shows good cause for an extension of the service deadline. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: June 7, 2011

_____
LAUREL BEELER
United States Magistrate Judge