United States District Court
For the Northern District of California

1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   CUDBERTO CHAVEZ,                    ) Case No. 11-2071 SC
                                        )
8          Plaintiff,                   ) ORDER REMANDING ACTION TO
                                        ) SAN MATEO COUNTY SUPERIOR
9      v.                               ) COURT
                                        )
10  AMERICA'S WHOLESALE LENDER, et      )
    al.,                                )
11                                      )
                                        )
12         Defendants.                  )
                                        )
13  _____    )

14       Plaintiff has moved to remand this action to the Superior

15  Court of California for San Mateo County.  ECF No. 10 ("Mot.").

16  Defendants initially opposed the Motion, ECF No. 14 ("Opposition"),

17  but later withdrew their opposition, ECF No. 21.  As Defendants

18  have consented to remand and good cause has been shown, the Court

19  hereby GRANTS Plaintiff's Motion to Remand.

20       Plaintiff has also sought the award of attorneys' fees and

21  costs in conjunction with the preparation of the Motion pursuant to

22  28 U.S.C. § 1447.  The statute provides, in relevant part, that

23  "[a]n order remanding the case may require payment of just costs

24  and any actual expenses, including attorney fees, incurred as a

25  result of the removal."  28 U.S.C. § 1447(c).  "Absent unusual

26  circumstances, courts may award attorney's fees under § 1447(c)

27  only where the removing party lacked an objectively reasonable

28

basis for seeking removal." <u>Martin v. Franklin Capital Corp.</u>, 546 U.S. 132, 141 (2005).  Here, the Court finds that the arguments appearing in Defendants' Opposition, though withdrawn, are not objectively unreasonable.  Plaintiff's request for fees and costs is therefore denied.

This action is hereby REMANDED to the Superior Court of California for San Mateo County.


IT IS SO ORDERED.


Dated: September 9, 2011

_____
UNITED STATES DISTRICT JUDGE